UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO M. BATTS<br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN SHERIFF'S<br>DEPARTMENT, et al.<br>    Defendants. | No. 3:15-0077<br>SENIOR JUDGE HAYNES |

## ORDER

Before the Court are Plaintiff's motion (Docket Entry No. 29) to supplement the complaint with new claims against a new defendant, the Magistrate Judge's Report and Recommendation (Docket Entry No. 32) that the Plaintiff's motion be denied, and Plaintiff's objection (Docket Entry No. 35) to the Report and Recommendation.

The Magistrate Judge concluded that the Plaintiff's motion should be denied as futile because his new claims would not withstand a motion to dismiss brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In his objection, the Plaintiff does not dispute the validity of this conclusion. Rather, he asserts that the Magistrate Judge "is siding with the defendants and she needs to be taken off this case."

After de novo review, the Report and Recommendation is **ADOPTED**, and the Plaintiff's Motion (Docket Entry No. 29) to supplement the complaint is **DENIED**.

It is so **ORDERED**.

ENTERED this the 25th day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge