UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTIONIO M. BATTS, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 3-15-0077 |
| v. | ) Senior Judge Haynes ) |
| METROPOLITAN SHERIFF'S DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 85) to deny Plaintiff's notices (Docket Entry Nos. 82 and 83), construed as motions for leave to file a supplemental complaint under Fed. R. Civ. P. 15(d). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Plaintiff's notices (Docket Entry Nos. 82 and 83), construed as motions for leave to file a supplemental complaint, are **DENIED.**

It is so **ORDERED.**

**ENTERED** this the ___ day of December, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge